**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO GARCIA-ALVARADO, | Case No. 5:26-cv-01935-DMK |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, ADELANTO DETENTION FACILITY, *et al.*, | |
| Respondents. | |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody, and immediately return any confiscated property and documents to Petitioner upon release.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge, at which the government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or danger to the community, and that no condition or combination of conditions could reasonably assure Petitioner's future appearance

//

and/or the safety of the community.  Respondents shall file a notice of compliance by May 29, 2026.

DATED: May 20, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2